## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Highland Al Hujaz Co., Ltd. ) | ASBCA No. 58652 |
| ) | |
| Under Contract No. W5J9JE-10-D-0023 ) | |

APPEARANCES FOR THE APPELLANT:    Herman M. Braude, Esq.
                                                 Edward D. Manchester, Esq.
                                                    Braude Law Group, P.C.
                                                    Rockville, MD

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                                 Engineer Chief Trial Attorney
                                                 Cara M. Mroczek, Esq.
                                                  Matthew Tilghman, Esq.
                                                 Rebecca L. Bockmann, Esq.
                                                    Engineer Trial Attorneys
                                                 U.S. Army Engineer District, Middle East
                                                 Winchester, VA

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it has been dismissed from the Board's docket with prejudice.

Dated: January 24, 2019

                                                 DONALD E. KINNER
                                                 Administrative Judge
                                                 Armed Services Board
                                                 of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58652, Appeal of Highland Al Hujaz Co., Ltd., rendered in conformance with the Board's Charter.

Dated:

<div style="margin-left: 50%;">

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

</div>

2